**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7115**

VAUGHN FLETCHER,

                    Plaintiff - Appellant,

          v.

H. J. PONTON, Warden; G. BUGG, Grievance Coordinator; P. WHITE, Regional Ombudsman,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:09-cv-00251-RAJ-FBS)

Submitted:  September 29, 2009          Decided:  October 8, 2009

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vaughn Fletcher, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vaughn Fletcher appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fletcher v. Ponton, No. 2:09-cv-00251-RAJ-FBS (E.D. Va. June 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED